**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**REFORM PARTY OF THE UNITED
STATES OF AMERICA,**

     **Plaintiff,**

**vs.**                              **Case No. 4:05cv426-RH/WCS**

**SHAWN O'HARA,
SHENE' HOFFPAUIR,
JEROME HEINEMANN,
NELSON SKIP FOLEY,
AND JENNE DOOGS, et al.,**

     **Defendants.**

_____/


**REPORT AND RECOMMENDATION**

     Defendant O'Hara has filed a second motion to dismiss, contending that the

claims made in the complaint are false.  Doc. 53.  While Plaintiff has not filed a

response to this motion, a response is not needed.

     Dismissal of a complaint, or a portion thereof, pursuant to Fed.R.Civ.P. 12(b)(6)

for failure to state a claim upon which relief can be granted should not be ordered

unless it appears beyond doubt that Plaintiff can prove no set of facts in support of his

claims which would entitle him to relief.  Conley v. Gibson, 355 U.S. 41, 45-46, 78 S.Ct.

99, 102, 2 L.Ed.2d 80 (1957).  A court must "accept the factual allegations in the

complaint as true and make all reasonable inferences in favor of the non-moving party."

Spanish Broadcasting System of Fla., Inc. v. Clear Channel Communications, Inc., 376

F.3d 1065, 1070 (11th Cir. 2004).

Stated another way, a motion to dismiss is not available to challenge the factual

basis of a complaint.  The motion should be denied.

Accordingly, it is **RECOMMENDED** that Defendant O'Hara's second motion to

dismiss, doc. 53, be **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on May 22, 2006.


**s/     William C. Sherrill, Jr.**
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:05cv426-RH/WCS