### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION


**REFORM PARTY OF THE UNITED
STATES OF AMERICA,**

     **Plaintiff,**

**vs.**                                                    **Case No. 4:05cv426-RH/WCS**

**SHAWN O'HARA,
SHENE' HOFFPAUIR,
JEROME HEINEMANN,
NELSON SKIP FOLEY,
AND JENNE DOOGS, et al.,**

     **Defendants.**

_____/


### <u>REPORT AND RECOMMENDATION</u>

Defendant Rodney Martin has filed a motion for Rule 11 sanctions.  Doc. 59.

Plaintiff has responded.  Doc. 68.

The motion for Rule 11 sanctions is premised upon the motions to dismiss, docs.

55 and 62.  Since those motions are without merit, this motion should be denied.

Accordingly, it is **RECOMMENDED** that Rodney Martin's motion for Rule 11 sanctions, doc. 59, be **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on May 23, 2006.


s/      William C. Sherrill, Jr.
WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE


## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:05cv426-RH/WCS