# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

REFORM PARTY OF THE
UNITED STATES OF AMERICA,

      Plaintiff,

v.                                CASE NO. 4:05cv426-RH/WCS

SHAWN O'HARA,
et al.,

      Defendants.

_____/

## ORDER DENYING MOTION FOR RULE 11 SANCTIONS

      This matter is before the court on the magistrate judge's report and recommendation (document 86), and the objections thereto (document 102). I have reviewed *de novo* the issues raised by the objections.

      The report and recommendation correctly concludes that defendant Rodney Martin's motion for sanctions against plaintiffs under Federal Rule of Civil Procedure 11 should be denied on the merits. In addition, the motion itself apparently was submitted in violation of the procedural requirements of Rule 11 (c)(1)(A). For these reasons,

      IT IS ORDERED:

*Page 2 of 2*

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant Rodney Martin's motion for Rule 11 sanctions (document 59) is DENIED.

SO ORDERED this 5th day of June, 2006.

s/Robert L. Hinkle
Chief United States District Judge
