IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REFORM PARTY OF THE
UNITED STATES OF AMERICA,

      Plaintiff,

v.                           CASE NO. 4:05cv426-RH/WCS

SHAWN O'HARA,
et al.,

      Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 84), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant Shawn O'Hara's second motion to dismiss (document 53) is DENIED. This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED this 3d day of July, 2006.

                                      s/Robert L. Hinkle
                                      Chief United States District Judge