IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REFORM PARTY OF THE UNITED STATES OF AMERICA,**

    **Plaintiff,**

vs.                                        Case No. 4:05cv426-RH/WCS

**SHAWN O'HARA,
SHENE' HOFFPAUIR,
JEROME HEINEMANN,
NELSON SKIP FOLEY,
JENNE DOOGS,
RODNEY MARTIN,
ROY DOWNING,
DENISE RICHARDSON, and
VALLI SHARPE-GEISLER,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Defendant Martin filed a document titled a "motion for judgement on pleadings or for summary judgment on Rodney Martin's motion to dismiss and motion for sanctions." Doc. 73. Plaintiff has filed a reply to the motion. Doc. 105.

Defendant states that he brings the instant motion, doc. 73, pursuant to Rule 56 and "moves for Summary Judgment on his Motion to Dismiss (Doc. 55), currently pending before the Court and Rodney Martin's Motion for Sanctions (Doc. 59), currently

pending before the Court."  *Id.*  Defendant Martin essentially requests that the Court grant summary judgment as to his motion to dismiss, doc. 55, his motion for Rule 11 sanctions, doc. 59, and dismiss this case.  Doc. 73, p. 4.

As noted by Plaintiff in the response, doc. 105, Defendant Martin's earlier motion to dismiss, doc. 55, was denied by report and recommendation, doc. 85, and adopted on June 5, 2006.  Doc. 110.  Furthermore, the motion for Rule 11 sanctions, was denied by report and recommendation, doc. 86, and also adopted on June 5, 2006.  Doc. 109.

Having found those two motions lacking merit, the instant motion based on the previously submitted documents is also meritless.  Defendant Martin does not provide a legal basis to enter judgment in his favor but essentially has argued that Plaintiff failed to respond to his prior motions with sufficient "legal justification for the continuation of this frivolous action."  Doc. 73, p. 2.  These arguments are frivolous in light of the denial of Defendant Martin's prior motions, and the motion for judgment on the pleadings, doc. 73, should be denied

In addition, Defendant Martin has filed a successive motion to dismiss, doc. 116, asserting once again the Plaintiff's complaint fails to state a claim upon which relief may be granted.  Because the complaint has already been found to state a claim, docs. 85 and 110, and because this is a successive motion filed by Defendant Martin, it should similarly be denied.  Moreover, as noted by Plaintiff in response to the motion, doc. 120, the amended complaint does adequately allege standing.

**Conclusion**

In light of the foregoing, it is respectfully **RECOMMENDED** that Defendant Rodney Martin's motion for judgment on the pleadings, doc. 73, and the successive motion to dismiss, doc. 116, be **DENIED**, and the case **REMANDED** for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on August 11, 2006.

   s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**