IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REFORM PARTY OF THE UNITED
STATES OF AMERICA,

      Plaintiff,

v.                                             CASE NO.  4:05cv426-RH/WCS

JAMES V. CROSBY, et al.,

      Respondents.

_____/

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

This matter is before the court on the magistrate judge's report and recommendation (document 139), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. Plaintiff's motion for default judgment (document 117) is DENIED. This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED this 14th day of August, 2006.

                                                 s/Robert L. Hinkle
                                               Chief United States District Judge