IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REFORM PARTY OF THE UNITED
STATES OF AMERICA,

      Plaintiff,

v.                                      CASE NO. 4:05cv426-RH/WCS

SHAWN O'HARA, et al.,

      Defendants.

_____/

## ORDER DENYING MOTION TO DISMISS

This matter is before the court on the magistrate judge's report and recommendation (document 145), to which no objections have been filed. Upon consideration,

      IT IS ORDERED:

      The report and recommendation is ACCEPTED and adopted as the opinion of the court. Defendant Jerome Heinemann's motion to dismiss (document 36) is DENIED. This matter is remanded to the magistrate judge for further proceedings.

      SO ORDERED this 30th day of August, 2006.

                                                s/Robert L. Hinkle
                                              Chief United States District Judge