# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

REFORM PARTY OF THE UNITED
STATES OF AMERICA,

    Plaintiff,

v.                                                     CASE NO.  4:05cv426-RH/WCS

SHAWN O'HARA, et al.,

    Defendants.
_____/

## ORDER DENYING MOTIONS FOR
## JUDGMENT ON THE PLEADINGS AND TO DISMISS

This matter is before the court on the magistrate judge's report and recommendation (document 160), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  Defendant Rodney Martin's motion for judgment on the pleadings (document 73) and the successive motion to dismiss (document 116) are DENIED.  This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED this 15th day of September, 2006.

                                                                s/Robert L. Hinkle
                                                                 Chief United States District Judge