IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REFORM PARTY OF THE UNITED**
**STATES OF AMERICA,**

    **Plaintiff,**

vs.                                                                    Case No. 4:05cv426-RH/WCS

**SHAWN O'HARA,**
**SHENE' HOFFPAUIR,**
**JEROME HEINEMANN,**
**NELSON SKIP FOLEY,**
**JENNE DOOGS,**
**RODNEY MARTIN,**
**ROY DOWNING,**
**DENISE RICHARDSON, and**
**VALLI SHARPE-GEISLER,**

    **Defendants.**

_____/

**REPORT AND RECOMMENDATION**
**ON MOTIONS TO DISMISS AND FOR SANCTIONS, DOCS. 167 AND 168**

    Pending is the joint report of the planning meeting by the parties.  Doc. 162.

Defendant Martin opposes the joint report.  Docs. 165-168.[1]  Defendant Martin has by

this document moved to dismiss, doc. 167, and for Rule 11 sanctions, doc. 168.  The

---

[1] The Clerk correctly docketed this same document four times because it improperly contained three motions and a notice.

premise of the motions is Martin's assertion that Plaintiff's counsel did not confer with him before filing the joint report.  Docs. 165-168.  While I have previously found Plaintiff's counsel to have failed to confer, see doc. 157, p. 2, Martin also has failed to comply with my order.  I ordered that:

> Counsel of record and any unrepresented parties shall confer (personally, by phone, or electronically) within **30 days** from the date of this order, as required by Rule 26(f), and the joint report to the Court [see Form 35, appendix of forms, Federal Rules of Civil Procedure] shall be filed within **14 days** thereafter.  Plaintiff shall initiate arrangements for the conference and filing of the report, *but the Court shall hold all parties equally responsible for insuring that the conference is held and the report filed as required*.

Doc. 11, ¶ (2)(a) (emphasis added).  The motions to dismiss and for Rule 11 sanctions are frivolous.  If Martin felt that Plaintiff's attorney had not adequately conferred with him, he could have called him on the telephone.

Accordingly, it is **RECOMMENDED** that Defendant Martin's motions to dismiss, doc. 167, and for Rule 11 sanctions, doc. 168, be **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on November 29, 2006.

**s/   William C. Sherrill, Jr.**
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  Any party filing objections to this report and recommendation for review by the District Judge shall cite the docket number of this report and recommendation in the title of the objections.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:05cv426-RH/WCS