IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REFORM PARTY OF THE UNITED
STATES OF AMERICA,

    Plaintiff,

vs.                                    Case No. 4:05cv426-RH/WCS

SHAWN O'HARA,
SHENE' HOFFPAUIR,
JEROME HEINEMANN,
NELSON SKIP FOLEY,
JENNE DOOGS,
RODNEY MARTIN,
ROY DOWNING,
DENISE RICHARDSON, and
VALLI SHARPE-GEISLER,

    Defendants.

_____/

## REPORT AND RECOMMENDATION ON MOTION TO STRIKE, DOC. 172

Plaintiff has moved to strike Defendant Hoffpauir's counter or cross complaint contained in Defendant's answer, doc. 172. Doc. 186. The basis for this motion is that the cross claims bring in new parties, contrary to deadline for joinder of parties contained in the Third Scheduling Order, doc. 111, ¶ (5)(a). Doc. 186, p. 2.

The Third Scheduling Order was entered on June 6, 2006. Doc. 111. Defendant Hoffpauir was not served with the complaint until July 10, 2006. *See* Plaintiff's motion

for default, doc. 149, p. 1.  Further, the deadline for joinder of parties has been extended today to August 31, 2006, by the order adopting the partial Joint Report. Defendant Hoffpauir's answer, containing the new claims against new parties, was filed on August 30, 2006, within the deadline as extended.

Accordingly, it is **RECOMMENDED** that Plaintiff's motion to strike the counter or cross claims of Defendant Hoffpauir, contained in Hoffpauir's answer, doc. 186, be **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on November 29, 2006.


        s/    William C. Sherrill, Jr.
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  <u>Any party filing objections to this report and recommendation for review by the District Judge shall cite the docket number of this report and recommendation in the title of the objections.</u>  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.