IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REFORM PARTY OF THE UNITED
STATES OF AMERICA,**

    **Plaintiff,**

vs.                                 Case No. 4:05cv426-RH/WCS

**SHAWN O'HARA,
SHENE' HOFFPAUIR,
JEROME HEINEMANN,
NELSON SKIP FOLEY,
JENNE DOOGS,
RODNEY MARTIN,
ROY DOWNING,
DENISE RICHARDSON, and
VALLI SHARPE-GEISLER,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION
## ON MOTION FOR SUMMARY JUDGMENT, DOC. 205

    Defendant Martin has moved for summary judgment. Doc. 205. The motion was filed on November 21, 2006.

    As explained in the order entered today adopting the partial Joint Report, the deadline for filing case dispositive motions as agreed upon by Plaintiff and two of the Defendants, September 27, 2006, was reasonable. The initial scheduling order would

have required case dispositive motions to have been filed 20 days after the original discovery deadline, March 31, 2006.  The parties have had ample time to move for summary judgment.  I have extended the deadline by one day, to September 28, 2006, to allow consideration of the motion for summary judgment filed by Defendants Downing and Richardson.  Defendant Martin's motion for summary judgment is untimely.

Accordingly, it is **RECOMMENDED** that Defendant Martin's motion for summary judgment, doc. 205, be **DENIED as untimely**.

**IN CHAMBERS** at Tallahassee, Florida, on November 29, 2006.


        **s/    William C. Sherrill, Jr.**
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  <u>Any party filing objections to this report and recommendation for review by the District Judge shall cite the docket number of this report and recommendation in the title of the objections.</u>  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**