# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

REFORM PARTY OF THE
UNITED STATES OF AMERICA,

      Plaintiff,

v.                                        CASE NO. 4:05cv426-RH/WCS

SHAWN O'HARA et al.,

      Defendants.

_____/

## ORDER DENYING MARTIN'S
## SUMMARY JUDGMENT MOTION

      This matter is before the court on the magistrate judge's report and recommendation (document 214), to which no objections have been filed. The recommendation is for denial of defendant Rodney Martin's motion for summary judgment (document 205) as untimely. The report and recommendation is correct and will be adopted as the opinion of the court, with this additional note.

      Mr. Martin's motion for summary judgment is argumentative and appears on its face to turn on credibility choices of a type not properly made on summary judgment. Because the motion was not timely filed, it will not be addressed on the merits, but it bears noting that the motion appears on its face not to be a good

candidate for an after-the-fact extension of the deadline.

For these reasons,

IT IS ORDERED:

The report and recommendation (document 214) is ACCEPTED and adopted as the opinion of the court.  Defendant Rodney Martin's motion for summary judgment (document 205) is DENIED as untimely.  This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED this 3d day of January, 2007.

s/Robert L. Hinkle
Chief United States District Judge
