# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

REFORM PARTY OF THE
UNITED STATES OF AMERICA,

    Plaintiff,

v.        CASE NO. 4:05cv426-RH/WCS

SHAWN O'HARA et al.,

    Defendants.

_____/

## ORDER DENYING MOTIONS TO
## DISMISS, STRIKE, AND FOR SANCTIONS

This matter is before the court on the magistrate judge's reports and recommendations (documents 208 and 212), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The reports and recommendations are ACCEPTED and adopted as the opinion of the court. Plaintiff's motion (document 186) to strike the counter- or cross-claims of defendant Shene' Hoffpauir is DENIED. Defendant Rodney Martin's motion to dismiss (document 167) and motion for Rule 11 sanctions (document 168) are DENIED. This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED this 3d day of January, 2007.

                                                     s/Robert L. Hinkle
                                                   Chief United States District Judge